IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA HENDRIX                                                                          PLAINTIFF

v.                                    Case No. 2:14-CV-02248

NURSE CINDY MOORE, Head Nurse,
Sebastian County Detention Center                                                       DEFENDANT

## JUDGMENT

By initial scheduling order (Doc. 11) issued on May 29, 2015, this case was scheduled for a summary judgment hearing on November 10, 2015, at 10:00 a.m. Plaintiff failed to appear for the scheduled hearing. The Court[1] waited until 10:15 and then made a record of his non-appearance.

A show-cause order (Doc. 21) was entered on November 10, 2015. Plaintiff was given until November 24, 2015 to show cause as to why this case should not be dismissed based on his failure to appear for the hearing and his failure to prosecute this action. Plaintiff has not responded to the show-cause order.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The pending motion for summary judgment (Doc. 18) should be terminated as moot.

IT IS SO ORDERED AND ADJUDGED this 2nd day of December, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] Magistrate Judge Mark E. Ford presided over the hearing.